# Third District Court of Appeal
## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2446
Lower Tribunal Nos. F20-10566, F20-5048

————————

**Herman Lee Smith,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Herman Lee Smith, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.